In the Matter of BERNICE YOUNG, Appellant, against J. WELL-INGTON ROE, Respondent.

Argued April 19, 1943; decided May 27, 1943.

*John H. Mariano* and *Milton W. Deutsch* for appellant.
*Michael H. Grae* and *Jesse D. Berman* for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.